IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ANDREW WHITFIELD | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 9:07cv230 |
| | | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and a recommendation that this Court dismiss this case for failure to prosecute the case and failure to comply with the Court's order for Plaintiff to file a brief. Plaintiff then filed a second motion to extend time to May 12, 2008, to file a brief. The Court granted the motion, and Plaintiff still has not filed a brief.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED** without prejudice; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED** this the **20** day of **May, 2008.**

_____
Thad Heartfield
United States District Judge